No. 11-7464. Kevin Potter, Petitioner v. Willie Smith, Warden.

565 U.S. 1166, 132 S. Ct. 1114, 181 L. Ed. 2d 996, 2012 U.S. LEXIS 844.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-7467. Jerome Clarke, Petitioner v. Shirley Evans, et al.

565 U.S. 1167, 132 S. Ct. 1114, 181 L. Ed. 2d 996, 2012 U.S. LEXIS 740.

January 17, 2012. Petition for writ of certiorari to the Superior Court of Georgia, Fulton County, denied.

No. 11-7468. Henry Davis, Jr., Petitioner v. Burl Cain, Warden.

565 U.S. 1167, 132 S. Ct. 1114, 181 L. Ed. 2d 996, 2012 U.S. LEXIS 719.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-7470. Germaine A. Elcock, Petitioner v. Lance Whitecotton, et al.

565 U.S. 1167, 132 S. Ct. 1114, 181 L. Ed. 2d 996, 2012 U.S. LEXIS 811.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 434 Fed. Appx. 541.

No. 11-7475. Angel Murillo, Petitioner v. Maribel Penaloza.

565 U.S. 1167, 132 S. Ct. 1114, 181 L. Ed. 2d 996, 2012 U.S. LEXIS 764.

January 17, 2012. Petition for writ of certiorari to the Supreme Court of California denied.

No. 11-7484. Eugene K. Jones-El, Petitioner v. Dave Dormire, Superintendent, Jefferson City Correctional Center, et al.

565 U.S. 1167, 132 S. Ct. 1115, 181 L. Ed. 2d 996, 2012 U.S. LEXIS 813,

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 11-7521. Cycle Lee Tyler, Petitioner v. Michael Arellano, Warden, et al.

565 U.S. 1167, 132 S. Ct. 1115, 181 L. Ed. 2d 996, 2012 U.S. LEXIS 846.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 427 Fed. Appx. 681.

No. 11-7541. Charles G. Medicine Blanket, Petitioner v. Hoyt Brill, Warden, et al.

565 U.S. 1167, 132 S. Ct. 1115, 181 L. Ed. 2d 996, 2012 U.S. LEXIS 795.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 425 Fed. Appx. 751.

No. 11-7549. Judith Diane Valot, Petitioner v. Mary Lattimore, Warden.

565 U.S. 1167, 132 S. Ct. 1115, 181 L. Ed. 2d 996, 2012 U.S. LEXIS 862.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.